| | |
|---|---|
| 1 | PACIFIC TRIAL ATTORNEYS |
| 2 | A Professional Corporation<br>Scott J. Ferrell, Bar No. 202091 |
| 3 | sferrell@pacifictrialattorneys.com<br>Victoria C. Knowles, Bar No. 277231 |
| 4 | vknowles@pacifictrialattorneys.com<br>4100 Newport Place, Ste. 800 |
| 5 | Newport Beach, CA 92660<br>Tel: (949) 706-6464 |
| 6 | Fax: (949) 706-6469 |
| 7 | Attorneys for Plaintiff<br>JALEN EPPS |
| 8 | Daniel J. Stephenson (SBN 270722) |
| 9 | dan.stephenson@klgates.com<br>Cassandra S. Payton (SBN 270845) |
| 10 | cassandra.payton@klgates.com<br>**K&L GATES LLP** |
| 11 | 10100 Santa Monica Boulevard<br>Eighth Floor |
| 12 | Los Angeles, California  90067<br>Telephone: 310.552.5000 |
| 13 | Facsimile: 310.552.5001 |
| 14 | Attorneys for Defendant<br>DUNKIN' BRANDS GROUP, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEN EPPS, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DUNKIN' BRANDS GROUP, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-09062-RSWL-AJW<br><br>**NOTICE OF SETTLEMENT**<br><br>**(Local Rule 40-2)**<br><br>[Assigned to the Hon. Ronald S.W. Lew] |

1

NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 40-2, **please take notice** that Plaintiff Jalen Epps, on the one hand, and Defendant Dunkin' Brands Group, Inc., on the other hand, have reached an agreement to settle this action. The parties are now in the process of preparing their formal settlement agreement, and thereafter Plaintiff intends to file a notice of dismissal of the Action.

Accordingly, the parties respectfully request that the Court vacate all pending dates and deadlines and, if the Court deems it appropriate, set a status conference re status of dismissal for 30 days out, or as soon thereafter as the Court is available.

Dated: February 2, 2017

 */s/ Victoria Knowles*
Scott J. Ferrell
Victoria C. Knowles

Attorneys for Plaintiff
JALEN EPPS

Dated: February 2, 2017

 */s/ Cassandra Payton*[1]
Daniel J. Stephenson
Cassandra S. Payton

Attorneys for Defendants
DUNKIN' BRANDS, INC.

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), e-filing counsel has obtained the consent of this signatory to apply her electronic signature, and all signatories concur in the content of this filing.