PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEN EPPS, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>DUNKIN' BRANDS GROUP, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>   Defendants. | Case No. 2:16-cv-09062-RSWL-AJW<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JALEN EPPS hereby dismisses her complaint in the action with prejudice.  Defendant DUNKIN' BRANDS GROUP, INC. has not responded to the complaint nor moved for summary judgment.  Each party shall bear its own costs and attorneys' fees.


Respectfully submitted,

Dated:  February 8, 2017                    PACIFIC TRIAL ATTORNEYS, APC


                                            By:  _/s/ Scott J. Ferrell_____
                                            Scott. J. Ferrell
                                            Attorneys for Plaintiff

NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2017, I electronically filed the foregoing **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott. J. Ferrell